UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KAPLAN

------------------------------------------------------------------------x

NATURAL RESOURCES DEFENSE COUNCIL, INC., and ENVIRONMENTAL DEFENSE,

Plaintiffs,

- v. -

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

------------------------------------------------------------------------x

Civ. No. 08 CV 1082

RECEIVED FEB 01 2008 U.S.D.C. S.D. N.Y. CASHIERS

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Natural Resources Defense Council, Inc., and Environmental Defense submit that they are both non-profit corporations with no outstanding shares or debt securities in the hands of the public and that they do not have any parents, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated: February 1, 2008
New York, NY

Respectfully submitted,

[signature]
Mitchell S. Bernard (MB 5823)
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Phone: (212) 727-2700
Fax: (212) 727-1773

Thomas Cmar (TC 8791)
Natural Resources Defense Council
1200 New York Ave., N.W., Ste. 400
Washington, DC 20005
Phone: (202) 289-2405
Fax: (202) 289-1060

James T.B. Tripp
Environmental Defense
257 Park Avenue South
New York, NY 10010
Phone: (212) 505-2100
Fax: (212) 505-2375

Counsel for Plaintiffs