UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                         :

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and ENVIRONMENTAL DEFENSE, | : | Civ. No. 08-1082 (LAK) |
| Plaintiffs, | : | ECF CASE |
| - v. - | : | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | : | |
| Defendant. | : | |

----------------------------------------------------------------------x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: March 10, 2008
          New York, NY

Respectfully submitted,

    s/
Thomas Cmar (TC 8791)
Natural Resources Defense Council, Inc.
1200 New York Ave., NW, Ste. 400
Washington, DC  20005
Phone: (202) 289-2405
Fax: (202) 289-1060

Counsel for Plaintiff