UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
NATURAL RESOURCES DEFENSE COUNCIL, INC., : Civ. No. 08-1082 (LAK)
and ENVIRONMENTAL DEFENSE, :
:
        Plaintiffs, : ECF CASE
:
  - v. - : **NOTICE OF**
: **APPEARANCE AND**
UNITED STATES ENVIRONMENTAL : **REQUEST FOR**
PROTECTION AGENCY, : **ELECTRONIC**
: **NOTIFICATION**
        Defendant. :
------------------------------------------------------------------------x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: April 11, 2008
        New York, NY

                                               Respectfully submitted,

                                                _____s/_____
                                                Aaron M. Bloom (AB 1977)
                                                Natural Resources Defense Council, Inc.
                                                40 West 20th Street
                                                New York, NY 10011
                                                Phone:  (212) 727-4417
                                                Fax:  (212) 727-1773

                                                Counsel for Plaintiffs