

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 13, 2008

Application granted.
SO Ordered.
6/18/08 [signature] 6/Kaps
U.S.D.J.

RECEIVED
JUN 1 6 2008
JUDGE KAPLAN'S CHAMBERS

**BY HAND**
Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>NRDC et al. v. United States Environmental Protection Agency</u>,
08 Civ. 1082 (LAK)

Dear Judge Kaplan:

    I write respectfully on behalf of the defendant, the United States Environmental Protection Agency ("EPA"), in the above-referenced case brought under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA"), to request an extension of several deadlines contained in the Court-endorsed "Joint Scheduling Conference Report and Proposed Schedule" (the "Schedule").

    According to the Schedule, the EPA is to complete a 10% sample <u>Vaughn</u> index by June 23 and to complete its review of an additional 2000 documents by July 20. (<u>See</u> Schedule at p. 3, paras. 1c and 2d). It now appears that the EPA will not be able to meet these deadlines and will require a brief extension of approximately 10 to 14 days of these two deadlines, until July 3 and August 4, respectively.

    In addition, according to the Schedule, the EPA was to have completed its review of approximately 2100 documents by May 23. (<u>See</u> Schedule at p. 3, para. 1a). While it did do so, there were approximately 250 documents in this group concerning the interests of other Executive Branch agencies, and the EPA delayed production of non-exempt documents pending consultation with those other agencies. *See generally* 40 C.F.R. § 2.103 (EPA required to "consult with the Federal agency where the record or portion thereof originated"). Earlier this week, the EPA obtained input from three agencies and released to plaintiffs the non-exempt documents related to these three agencies. The EPA is still waiting to hear from two remaining agencies and the White House, and anticipates that it will be able to produce the remaining non-exempt documents by the end of next week.

    I have reviewed these matters with plaintiffs' counsel, who has graciously consented to these adjournments.

I thank the Court for its consideration of this request.

                                                  Respectfully,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney

BY:     _____
            MARA E. TRAGER
            Assistant United States Attorney
            Tel. No.: (212) 637-2799
            Fax No.: (212) 637-2702

cc:    Aaron Bloom, Esq.