UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Natural Resources Defense
Council, Inc. & Environmental        Plaintiff,
Defense
                                                                    08    **CIVIL** 1082  (LAK)
           -against-

United States Environmental
Protection Agency                    Defendant.
-----------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Thomas Cmar

☐    *Attorney*

    X    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TC 8791

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:*   101 N. Wacker Dr, suite 609, Chicago, IL 60606

☐    *Telephone Number:*   312-780-7430

☐    *Fax Number:*   312-663-9920

☐    *E-Mail Address:*   tcmar@nrdc.org

Dated: August 29, 2008